**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES A. SCHOCH,

                Plaintiff,

   -against-                                  24 **CIVIL** 2294 (CS)

                                                     **<u>JUDGMENT</u>**

JUDGE MARY ANN SCATTARETICO-NABER
(THE COURT); SHARI RACKMAN; DAVID
PECK; JENNIFER DEMERS,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 27, 2024, judgment is entered dismissing the claims under 42 U.S.C. § 1983 against Judge Scattaretico-Naber under the doctrine of judicial immunity and as frivolous; dismissing Plaintiff's claims under Section 1983 against the other defendants for failure to state a claim on which relief may be granted; and dismissing Plaintiff's claims under state law, to whatever extent any may have been intended, for lack of subject matter jurisdiction. Judgment is hereby entered; accordingly, the case is closed.

**Dated:**  New York, New York
          June 28, 2024

                                                      **DANIEL ORTIZ**

                                                      **Acting Clerk of Court**

                           **BY:**      K. Mango

                                                        **Deputy Clerk**